# Court of Appeals
# of the State of Georgia

ATLANTA, January 11, 2013

*The Court of Appeals hereby passes the following order:*

## A13A0914.  A. RANDOLPH BARKSDALE v. COMMUNITY & SOUTHERN BANK.

Community & Southern Bank obtained a default judgment against A. Randolph Barksdale in superior court.  Barksdale later moved to set aside the judgment pursuant to OCGA § 9-11-60 (d), but the trial court denied his motion.  Barksdale now appeals.  We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal.  OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Barksdale's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction over his appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/11/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

, *Clerk.*